**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRIAN ANDREW KUEHNE | § | Case No. 10-21243 |
| BUFFY LYNN KUEHNE | § | |
| | § | |
| Debtor(s). | § | |

**ORDER GRANTING *EX PARTE* MOTION OF RBS CITIZENS FOR A PROTECTIVE ORDER TO RESTRICT PUBLIC ACCESS TO CONSUMER INFORMATION PURSUANT TO 11 U.S.C. § 107 AND BANKRUPTCY RULE 9037**

THIS MATTER came before the Court on *Ex Parte Motion for a Protective Order to Restrict Public Access to Consumer Information Pursuant to 11 U.S.C. § 107 and Bankruptcy Rule 9037* (the "***Motion***") filed by **RBS Citizens** ("***Citizens***"), to restrict public access to **Proof of Claim No. 2-1** (the "***Unredacted Documents***") and allow amendment of the Unredacted Documents.

The Court, having considered the Motion, (i) finds that it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), (ii) proper notice of the Motion has been provided and that no further notice need be provided to grant the relief ordered herein, and, (iii) based on the Motion, the pleadings in this case, including the documents that are the subject of the Motion's restriction request, and the applicable law, finds that cause exists for granting the relief ordered herein. It is therefore

ORDERED that the Motion is GRANTED; and it is further

ORDERED that all public access on the Court's electronic filing system to the Unredacted Documents is hereby restricted by the Court; and it is further

ORDERED that Citizens, by service of a copy of this Order, is directed to amend **Proof of Claim No. 2-1** in this case, which papers to be filed shall be identical in all respects to the

documents they replace, except for the removal or redaction of the personally identifiable information ("***PII***") in accordance with Rule 9037(a), and the replacement filing shall not otherwise overwrite or affect the integrity of the original filing; and it is further

ORDERED that the Clerk of this Court shall retain the original filings after entry of this order and shall provide access to such original filings upon request from the person whose PII was affected (the "Designated Person"), counsel for the Designated Person, a Private Trustee, Counsel for a Private Trustee, or the USTP, provided that: (a) in the case of a Designated Person or Counsel for a Designated Person, access to the Unredacted Documents shall be limited to those filings related to the Designated Person; and (b) in the case of a Private Trustee and Counsel for a Private Trustee, access to the Unredacted Documents shall be limited to those filings in bankruptcy cases for which the Private Trustee served in such capacity; and it is further

ORDERED that the Clerk of this Court shall take all reasonable and appropriate actions to assist with the efficient implementation of the directives and objectives of this Order; and it is further

ORDERED that the sole purpose of this Order is to authorize that access to the Unredacted Documents be restricted and permit replacement of the original Unredacted Document with a document redacted in accordance with Bankruptcy Rule 9037. This Order shall have no impact on the substantive rights of the Debtor, Citizens, or any other creditor or party in interest in this case; and it is further

ORDERED that the Clerk of this Court shall deliver copies of this Order to the Debtor, counsel for the Debtor, the bankruptcy Trustee, and the Office of the United States Trustee; and it is further

ORDERED that the Court shall retain jurisdiction relating to the implementation and interpretation of this Order.

**LOCAL RULE 9022-1(a) CERTIFICATION**

Pursuant to Local Rule 9022-1(a), Citizens shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the Order upon such parties within seven (7) days hereof.

Copies sent to:

Brian Andrew Kuehne
Buffy Lynn Kuehne
244 Applewood Dr
Lakeside Park, KY 41017
*Debtor*

Debbie Davis
7310 Turfway Suite 550
Florence, KY 41042
*Debtor's Counsel*

Beverly M. Burden
PO Box 2204
Lexington, KY 40588
*Trustee*

Office of The United States Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507

Approved for entry by:

/s/ John H. Dwyer, Jr.___
John H. Dwyer, Jr.
ZIELKE LAW FIRM PLLC
462 South Fourth Street, Suite 1250
Louisville, KY 40202
jdwyer@zielkefirm.com

*Attorneys for* **RBS Citizens**